FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 24 2015 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
PIERRE AUGUSTIN,

        Plaintiff,

-against-

APEX FINANCIAL MANAGEMENT,

        Defendant.
----------------------------------------------------------x

NOT FOR PUBLICATION
**MEMORANDUM & ORDER**
14-CV-182 (CBA) (VMS)

**AMON, Chief United States District Judge:**

Plaintiff Pierre Augustin, proceeding pro se, filed this action alleging that defendant Apex Financial Management ("Apex") willfully violated the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq., by accessing his consumer credit report without a permissible purpose and without his consent on October 14, 2011. (D.E. # 1, Compl.) After Apex failed to appear and defend the action, Augustin moved for entry of default against Apex, which the Clerk of Court entered on August 26, 2014. (D.E. # 14.) Augustin then moved for default judgment, and on December 5, 2014, this Court referred the matter to the Honorable Vera M. Scanlon, United States Magistrate Judge, for a Report and Recommendation ("R&R").

On July 27, 2015, Magistrate Judge Scanlon issued the R&R. (D.E. # 15, R&R.) In the R&R, Magistrate Judge Scanlon notes that a page may be missing from Augustin's complaint. (Id. at 2 n.2.) To facilitate review of a complete record and in light of Augustin's pro se status, before resolving the pending motion for default judgment the Court directs Augustin to file a complete copy of the complaint with the Court within ten days.

    SO ORDERED.

Dated: Brooklyn, New York
       September 23, 2015

s/Carol Bagley Amon

Carol Bagley Amon
Chief United States District Judge

1