UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
PIERRE AUGUSTIN,

    Plaintiff,

-against-

APEX FINANCIAL MANAGEMENT,

    Defendant.

-----------------------------------------------------------x

**NOT FOR PUBLICATION**
**MEMORANDUM & ORDER**
14-CV-182

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 18 2016
BR

**AMON, United States District Judge:**

On July 25, 2016, this Court denied plaintiff Pierre Augustin's request for default and directed plaintiff to properly serve defendant Apex Financial Management within sixty (60) days pursuant to Federal Rule of Civil Procedure 4(h) and to file proof of service with the Court. (D.E. # 29.) The Court informed plaintiff that if he did not file proof of service within sixty days, the Court would dismiss the case without prejudice for failure to prosecute. (Id.) Because plaintiff has failed to file proof of service with the Court within sixty days of the previous Order, this case is hereby dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). The Clerk of Court is directed to close the case.

    SO ORDERED.

Dated: Oct 13, 2016
    Brooklyn, New York

                          s/Carol Bagley Amon
                          Carol Bagley Amon
                          United States District Judge

1